## Leonardo Francisco HERRERA MENDEZ, Petitioner,

v.

## Alberto R. GONZALES, Attorney General, Respondent.

No. 03–72646.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 21, 2005.*

Decided Nov. 3, 2005.

Susan E. Hill, Esq., Hill & Piibe, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Lagu-

---

* The Honorable S. Jay Plager, Senior U.S. Circuit Judge for the Federal Courts sitting by designation.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

na Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Mary Jane Candaux, Esq., U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Herrera Mendez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' (BIA) denial of his motion to reopen removal proceedings to apply for cancellation relief as a battered spouse under 8 U.S.C. § 1229b(b)(2)(A). We have jurisdiction pursuant to 8 U.S.C. § 1252(b)(2). We review the denial of a motion to reopen for abuse of discretion. *See De Martinez v. Ashcroft,* 374 F.3d 759, 761 (9th Cir.2004). We deny the petition for review.

The BIA did not abuse its discretion in determining that Herrera Mendez's motion to reopen was not supported by previously unavailable evidence. 8 CFR § 1003.2(c)(1); *see INS v. Doherty,* 502 U.S. 314, 323, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.